BEFORE THE SECOND DIVISION, APRIL 17, 1968

**No. P68/209.**—The H.J. Ashe Co., Inc., et al. *v.* United States, protests 65/25221, etc. (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein the court held that the flashlights and batteries were separate entities rather than an entirety and were separately dutiable, the claim of the plaintiffs was sustained.